**UNITED STATES of America, Plaintiff-Appellee**

v.

**Rosario DIVINS, Defendant-Appellant**

**No. 16-51203**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed June 2, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Rosario Divins, Pro Se

Before JONES, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Rosario Divins, federal prisoner # 30034-280, seeks leave to proceed in forma pauperis (IFP) on appeal from the denial of her motion for modification of sentence. By moving to proceed IFP, Divins is challenging the district court's certification decision that her appeal was not taken in good faith because it is frivolous.

---

*See Baugh v. Taylor,* 117 F.3d 197, 202 (5th Cir. 1997).

Divins does not address the district court's reasons for denying her IFP motion. When an appellant fails to identify any error in the district court's analysis, it is the same as if the appellant had not appealed that issue. *Brinkmann v. Dallas Cty. Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir. 1987); *see also* FED. R. APP. P. 28(a)(8). Thus, Divins's motion to proceed IFP is DENIED, and her appeal is DISMISSED as frivolous. *See Baugh,* 117 F.3d at 202 n.24; 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has    determined that this opinion should not be